UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

WILLARD RICK BROOKS         CASE NUMBER:   08-30989
SSN: xxx-xx-5344            CHAPTER 13

MARY SUE BROOKS
SSN: xxx-xx-2365
Debtors

---

NOTICE TO CAPITAL ONE THAT $8.05
HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND
ACCOUNT IN TREASURY FUND #6047BK

---

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Capital One, creditor herein, and deposits $8.05 into the Court Clerk's Unclaimed Funds Account in Treasury Account #6047BK.

1. That the Debtors' case was dismissed on February 11, 2013 and is in the process of being closed.

2. That the last known address for Capital One was:

   2730 Liberty Avenue
   Pittsburgh, PA 15222

3. That the Standing Chapter 13 disbursement check was returned with correspondence that the account could not be located.

4. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated: May 24, 2013

/s/ Debra L. Miller, Trustee
Debra L. Miller,
Standing Chapter 13 Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on    May 24, 2013

By U.S. Mail postage prepaid

Debtors: Willard and Mary Brooks, P O Box 411, Mexico, IN 46958
Creditor: Capital One, 2730 Liberty Avenue, Pittsburgh, PA 15222


By electronic mail via CM/ECF:
Debtors' Attorney: Steven J. Glaser
U.S. Trustee: ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King