United States Bankruptcy Court
Southern District of Indiana

IN RE:

Willard & Mary Brooks

)
)
)    CASE NO.  08-30988
)
DEBTOR(S)                          )

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned,  East Bay Funding, LLC  , applies to this Court for entry

of an order directing the Clerk of the Court to remit to the applicant the sum of  $4,000.89  ,

said funds having been deposited into the Treasury of the United States pursuant to an Order of this

Court as unclaimed funds for creditor  Roundup Funding, LLC

Applicant further states that:

1. (Indicate one of the following item)

○   Applicant is the individual creditor named in the Order depositing funds into the Court and
states that no other application for this claim has been submitted by or at the request of this creditor.

◉   Applicant is the duly authorized representative for the business or corporation named as the
creditor in the Order depositing funds into the Court. Applicant has reviewed all records of the
creditor and states that no other application for this claim has been submitted by or at the request of
this creditor. An Affidavit of Creditor is attached and made part of this application.

○   Applicant is an attorney or a "fund locator" who has been retained by the creditor.
Applicant has obtained an original "power of attorney" from the individual creditor or the duly
authorized representative for the business or corporation named as the creditor in the Order depositing
funds into the Court. A Power of Attorney, conforming to the official Bankruptcy Form and an
Affidavit of Creditor are attached and made part of this application.

○   Applicant is either a family member of the deceased creditor or a successor in interest to
the individual or business named as creditor in the Order depositing funds into the Court. An original
"Power of Attorney" conforming to the official Bankruptcy Form and/or other supporting documents,
including probate documents which indicate applicant's entitlement to this claim are attached and
made part of this application.

2.    Applicant has made diligent and sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this Court, or that any party other than the applicant is entitled to submit an application for this claim.

3.    Applicant has provided notice to the U. S. Attorney pursuant to 28 USC Section 2042.

Respectfully submitted this the 24 day of May , 20 13 .

Name of Creditor

East Bay Funding, LLC

Signature of Applicant

SS# (Last 4 digits only) 5,479

Signature of Joint Applicant (if applicable)

SS# (Last 4 digits only)

ID# 35-2425413

Name and title of applicant

LaToya McDowell

Company Name

Resurgent Capital Services

Street Address

55 Beattie Place, Ste-110, MS-127

City and State

Greenville, SC 29601

Telephone

864-248-8305

SF03470.6 (6/09)

Print Form

# United States Bankruptcy Court
## Southern District of Indiana

IN RE: )
)
)
Willard & Mary Brooks )  CASE NO. 08-30989
)
)
DEBTOR(S) )

## AFFIDAVIT OF CREDITOR

I, Latoya McDowell on behalf of Resurgent Capital Services , the undersigned creditor in

the above referenced case declare as follows:

1. East Bay Funding, LLC c/o Resurgent Capital Services, Po Box 288, Greenville, SC 29603

       (Name and Address)

has been granted a Power of Attorney by me to submit an Application for Payment from Unclaimed

Funds seeking payment in the amount of $4,000.89 due and owing me as a creditor

in the above referenced bankruptcy case.

2. My name, position with company (if applicable), address and telephone number are as follows:

Name: Latoya McDowell

Position: Legal Services Coordintor

Address: 55 Beattie Place, Ste-110, MS-127

City/State/ZIP: Greenville, SC 29603

Area code/telephone number: 864-248-8305

3. That the undersigned substantiate the creditor has rights to the claim, including but not limited to

documents relating to sale of company; i.e., purchase agreements and/or stipulation by prior and new owner

as to right of ownership of funds by the attachment of certified copies of all necessary documents.

4. I (or the company which I represent) have neither previously received remittance for this claim nor have

contracted with any other party other than the person named in item one above to recover these funds.

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated     05-23-2013

Resurgent Capital Services
Creditor

Sworn to and Subscribed before me this

23 day of May, 2013

NOTARY PUBLIC, AT LARGE
STATE OF South Carolina

SOUTH CAROLINA
NOTARY PUBLIC
WENDY DUNCAN
My Commission Expires
October 28, 2014

Print Form



## Account Detail

| | | |
|---|---|---|
| Acct ID: 478950856 | Portfolio ID: 17094 | Account Status: Paying |
| Acct Number: ███████8589 | | Collection Status:PDC |

## Account Balance

| | |
|---|---|
| Principal Balance: 5871.07 | Cost Balance: 0.00 |
| | Total Current Balance: 6680.07 |
| Atty Balance: 0.00 | |

## Collection Effort

| | | |
|---|---|---|
| Last Letter Date: 5/7/2013 | Last Call Date: 5/20/2013 | Last Skip Date: |

## GLB

This account has not been opted out.

## Cubs Data

No CUBS data exists.

## Additional Account Data

| | | |
|---|---|---|
| Last Pmt Date: 5/20/2013 | Current Owner: PYOD LLC | Last Purchase Date: |
| Last Pmt Amt: 15.00 | Total NSF and Rev Txns: 0.00 | Last Purchase Amt: |
| Last NSF Amt: | Purchase Date: 11/8/2011 | Net Pmt Amt: 1617.85 |
| Last NSF Date: | Out of Statute Date: 5/20/2019 | Funding Date: 5/2/2013 |
| Total Pmt Txns: 1617.85 | Date of first Delinq: 7/31/2007 | Funding Source: Not Financed |
| Chg Off Date: 1/31/2008 | Acct Type: Bankcard | Misc Data 1: |
| Chg Off Balance: | Original Creditor: Capital One Bank (USA), N.A. | Misc Data 2: 5903592472988589 |



| Orig Placement Balance: 7488.92 | Original Merchant: | Misc Data 3: Atlantic Credit Finance |
|---|---|---|
|  | CCA Proposed Pmt: | Misc Data 4: 6018 |
| Origination Date: 9/4/2004 | CCA Phone: | CCA Accepted Pmt: |
| Seller: B-Line, LLC |  | Settlement Offer: 70%, $4,676.05 Same day, Accept only ORCC, WU, MG, BW. |
| CCA Number: |  |  |
| CCA Start Balance: |  |  |

**Legal**

Judgment and Law suit information can now be found on the Legal tab.
Updates to the legal data will be handled by Inventory Management.

**Collateral**　　　　　　　　　　　　　　　　　　　　　　　　🔳 ✏ ✖

No Collateral for Account

# UNITED STATES BANKRUPTCY COURT
## Southern DISTRICT OF Ohio

**In re: Willard & Mary Brooks**

|  |  |  |
|---|---|---|
| | ) | **Case No. 08-30989** |
| | ) | |
| | ) | **Chapter: 13** |
| | ) | |
| | ) | |
| | ) | |
| **Debtors** | ) | |

## AFFIDAVIT OF LATOYA MCDOWELL

I, LaToya McDowell, hereby declare as follows:

1.    I am over the age of 18 years and not a party to the within action.

2.    I am a Legal Services Coordinator for Resurgent Capital Services.  I am an authorized representative of Sherman Originator, LLC, Sherman Acquisition, LP, LVNV Funding, LLC, PYOD, LLC and Ashley Funding Services, LLC and East Bay Funding, LLC.

3.    I am authorized to make this Affidavit on behalf of Creditor.

4.    I am employed by the Creditor to file this petition on behalf of Resurgent Capital Services, Sherman Originator, LLC, Sherman Acquisition, LP, LVNV Funding, LLC, PYOD and Ashley Funding Services, LLC, East Bay Funding, LLC.

LaToya McDowell

STATE OF SOUTH CAROLINA
COUNTY OF GREENVILLE

On _____, 2013, before me Wendy Duncan, personally appeared
LaToya McDowell, personally known to me as the person whose name is subscribed to
the above instrument and acknowledged to me that he/she executed the same in his/her
authorized capacity, and that by his/her signature on the instrument the entity upon whose
behalf he/she acted, executed the instrument.

Notary Public
My Commission Expires: 10-29-2014

2



**RESURGENT**
**Capital Services**



The above copy of South Carolina driver's license in the name of LaToya M. McDowell is a true and exact copy of the original.

LaToya M. McDowell

State of South Carolina

County of Greenville

On _____, 2013 before me Wendy Duncan, personally appeared LaToya M. McDowell, personally known to me as the person whose name is subscribed above.

Notary Public

My Commission Expires: 10-27-2014

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

**WILLARD RICK BROOKS**                    **CASE NUMBER:    08-30989**
**SSN: xxx-xx-5344**                       **CHAPTER 13**

**MARY SUE BROOKS**
**SSN: xxx-xx-2365**
**Debtors**

---

### NOTICE TO CAPITAL ONE THAT $4,000.89
### HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUND
### ACCOUNT IN TREASURY FUND #6047BK

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Capital

One, creditor herein, and deposits $4,000.89 into the Court Clerk's Unclaimed Funds Account in

Treasury Account #6047BK.

1. That the Debtors' case was dismissed on February 11, 2013 and is in the process of being

   closed.

2. That the last known address for Capital One was:

   2730 Liberty Avenue
   Pittsburgh, PA 15222

3. That the Standing Chapter 13 disbursement check was returned with correspondence

   that the account could not be located.

4. That any objections to said Deposit should be made in writing with the Court Clerk.

Dated: March 22, 2013                      /s/ Debra L. Miller
                                           Debra L. Miller, Trustee
                                           P.O. Box 11550
                                           South Bend, IN 46634
                                           (574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Notice was served as follows on March 22, 2013

By U.S. Mail postage prepaid

Debtors: Willard and Mary Brooks, P O Box 411, Mexico, IN 46958
Creditor: Capital One, 2730 Liberty Avenue, Pittsburgh, PA 15222

By electronic mail via CM/ECF:
Debtors' Attorney: Steven J. Glaser
U.S. Trustee: ustregion10.so.efc@usdoj.gov

/s/ Harriette M. King
Harriette M. King

B10 (Official Form 10) (12/07)

| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF INDIANA AT SOUTH BEND | PROOF OF CLAIM |
|---|---|

| Name of Debtor: **WILLARD RICK BROOKS, MARY SUE BROOKS** | Case Number: **08-30989**<br>Ch 13 |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (the person or other entity to whom the debtor owes money or property):<br>**Roundup Funding, LLC**<br><br>Name and address where notices should be sent:<br><br>**Roundup Funding, LLC**<br>**MS 550**<br>**PO Box 91121**<br>**Seattle, WA 98111-9221**<br><br>Telephone number:  **(866) 670-2361** | [ ] Check this box to indicate that this claim amends a previously filed claim.<br><br>**Court Claim Number:**_____<br>*(If known)*<br><br>Filed on: _____ |
|---|---|
| Name and address where payment should be sent (if different from above):<br><br><br><br>Telephone number: | [ ] Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.<br><br>[ ] Check this box if you are the debtor or trustee in this case. |

| **1. Amount of Claim as of Date Case Filed:**  __$12,035.87__<br><br>If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.<br><br>If all or part of your claim is entitled to priority, complete item 5.<br><br>[ ] Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges. | **5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a).** If any portion of your claim falls in one of the following categories, check the box and state the amount.<br><br>Specify the priority of the claim.<br><br>[ ] Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B). |
|---|---|
| **2. Basis for Claim:** Credit Card<br>(See instruction #2 on reverse side.) | [ ] Wages, salaries, or commissions (up to $10,950*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4). |
| **3. Last four digits of any number by which creditor identifies debtor:** XXXXXXXXXXXX8589<br><br>3a. Debtor may have scheduled account as: CAPITAL ONE INSTALLMENT<br>(See instruction #3a on reverse side.) | |
| **4. Secured Claim** (See instruction #4 on reverse side.)<br>Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.<br><br>**Nature of property or right of setoff:**   [ ] Real Estate   [ ] Motor Vehicle   [ ] Other<br>**Describe:**<br><br>**Value of Property: $**_____ **Annual Interest Rate** ____%<br><br>**Amount of arrearage and other charges as of time case filed included in secured claim,**<br><br>**if any: $**_____ **Basis for perfection:** _____<br><br>**Amount of Secured Claim: $**_____ **Amount Unsecured: $**_____ | [ ] Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).<br><br>[ ] Up to $2,425* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).<br><br>[ ] Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8). |
| **6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.<br><br>**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. *(See definition of "redacted" on reverse side.)*<br><br>DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.<br><br>If the documents are not available, please explain: **SEE ATTACHMENT(S)** | [ ] Other – Specify applicable paragraph of 11 U.S.C. §507 (a)(__).<br><br>**Amount entitled to priority:**<br><br>**$**_____<br><br>*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.* |

| Date: 4/30/2008 | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any.<br><br>/s/<br><br>STEVEN  G.  KANE<br>Authorized Agent for  Roundup Funding, LLC<br>E-MAIL: BLINE.CHAPTER13@BLINELLC.COM | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

## ACCOUNT INFORMATION

| | |
|---|---|
| Debtor(s) Name: | BROOKS, MARY S |
| Debtor(s) SSN: | XXX-XX-2365 |
| Account Number: | XXXXXXXXXXXX8589 |
| Creditor Name: | Roundup Funding, LLC |
| Related Account Number: | XXXXXXXXXXXX8589 |
| Assignor: | Atlantic Credit Finance |
| Original Creditor: | CAPITAL ONE INSTALLMENT |
| Open Date: | 09/04/2004 |
| Charge Off Date: | 01/31/2008 |
| Balance as of Filing: | $12,035.87 |
| Basis for Claim: | Credit Card |

## CASE INFORMATION

| | |
|---|---|
| Case Number: | 08-30989 |
| Bankruptcy Filing Date: | 04/03/2008 |
| Current Chapter: | 13 |
| Court District: | NORTHERN DISTRICT OF INDIANA |
| Court City: | SOUTH BEND |
| Trustee: | DEBRA L MILLER |
| Counsel for Debtor(s): | ANITA K GLOYESKI |
| Counsel Address: | 116 E BERRY ST |
| | FORT WAYNE, IN 46802-2487 |

This claim is based on an unsecured account acquired from Assignor. Pursuant to Instruction 7, above is a redacted version of the information contained in the computer files documenting the account.

This information substantially conforms to 11 U.S.C. § 501, Federal Bankruptcy Rule 3001 and the Instructions to Form B10. *See, e.g., In re Moreno,* 34 B.R. 813 (Bankr. S.D. Fla. 2006); *In re Cluff,* 2006 WL 2820005 (Bankr. Utah 2006); *In re Heath,* 331 B.R. 424 (9th Cir. B.A.P. 2005); *In re Dove-Nation,* 318 B.R. 147 (8th Cir. B.A.P. 2004); *In re Guidry,* 321 B.R. 712 (Bankr. N.D. Ill. 2005); *In re Burkett,* 329 B.R. 820 (Bankr. N.D. Ohio 2005); *In re Lapsansky,* 2006 WL 3859243 (Bankr. E.D. Pa. 2006); *In re Irons,* 343 B.R. 32 (Bankr. N.D. NY 2006).



B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF INDIANA

In re ___MARY BROOKS_____,          Case No. ___08-30989_____


## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

East Bay Funding, LLC                               Roundup Funding, LLC
_____          _____
         Name of Transferee                                 Name of Transferor

Name and Address where notices to transferee      Court Claim # (if known): ___12_____
should be sent:                                   Amount of Claim: _____12035.87____
                                                  Date Claim Filed: _____06/24/2008__
        East Bay Funding, LLC
        c/o Resurgent Capital Services
        PO Box 288
        Greenville, SC 29603
Phone: __877-264-5884_____          Phone: ___866-670-2361_____
Last Four Digits of Acct #: ____0856_____     Last Four Digits of Acct. #: ___8589_____

Name and Address where transferee payments
should be sent (if different from above):




Phone: _____
Last Four Digits of Acct #:_____


I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/ Susan Gaines_____     Date: ____12/21/2011_____
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## WAIVER OF NOTICE OF TRANSFER OF CLAIM

Roundup Funding, LLC, a Delaware limited liability company ("Transferor"), has sold and assigned certain claims to Sherman Originator III LLC, a Delaware limited liability company ("Transferee") pursuant to an Asset Purchase Agreement, dated September 23, 2011, as amended from time to time. Transferee is a limited liability company organized under the laws of the State of Delaware maintaining a place of business at 200 Meeting Street, Suite 206, Charleston, S.C. Said claims arise from consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing cases under that U.S. Bankruptcy Code.

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Transfer of Claim filed by Transferee or its agent pursuant to Federal Rule of Bankruptcy Procedure 3001(c)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee or Transferee's designated assignee are substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim. A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver under its corporate seal by and through its duly authorized officer this 8th day of November, 2011.

ROUNDUP FUNDING, LLC

By: _____

Name: ___Sandra Collins___

Title: ___Vice President___


Signed and acknowledged in the presence of:

Witness: _____

Name (print): ___Donika Brown___

Witness: _____

Name (print): ___KLAUS  HETTLACH___

## BILL OF SALE NO. 10

Each of the signatories hereto (each a "Seller"), for value received and pursuant to the terms and conditions of the Asset Purchase Agreement ("Agreement") dated September 23, 2011, as amended, among Sellers LSF5 B-Line Investments, LLC, B-Line, LLC, Roundup Funding, LLC, CR Evergreen, LLC, CR Evergreen II, LLC, Get Real Holdings, LLC, Avalon Financial Services, LLC, B-Real, LLC and Sherman Originator III LLC ("Purchaser") and Sherman Financial Group LLC, does hereby sell, assign and convey to Purchaser, its successor and assigns, all right, title and interest of Seller in and to those certain accounts listed in the data file named "Capital One BL Active 13", a copy of which is attached hereto, to the extent each Seller is shown to own the applicable account, without recourse and without representation or warranty of any kind, except to the extent provided for within the Agreement. Capitalized terms used but not defined herein have the respective meanings assigned to thereto in the Agreement

EXECUTED this 8th day of November, 2011.

IN WITNESS WHEREOF, the Parties have executed this Bill of Sale as of the date first written above.

**LSF5 B-LINE INVESTMENTS, LLC**

By:_____
Name:_____
Title:_____

**B-LINE, LLC**

By:_____
Name:_____
Title:_____

**ROUNDUP FUNDING, LLC**

By:_____
Name:  Sandra Collins
Title:  Vice President

**CR EVERGREEN, LLC**

By:_____
Name:_____
Title:_____

**CR EVERGREEN II, LLC**

By:_____
Name:_____
Title:_____

**GET REAL HOLDINGS, LLC**

By:_____
Name:_____
Title:_____

**AVALON FINANCIAL SERVICES, LLC**

By:_____
Name:_____
Title:_____

**B-REAL, LLC**
**By: B-LINE, LLC, its Manager**

By:_____
Name:  Kyle Volluz
Title:  Manager

* Please note the original document may include additional signatory pages not relevant to the claim.

## Transfer and Assignment

Sherman Originator III LLC ("SOLLC III"), without recourse, to the extent permitted by applicable law, hereby transfers, sells, assigns, conveys, grants and delivers to East Bay Funding, LLC ("East Bay") all of its right, title and interest in and to the receivables and other assets (the "Assets") identified on Exhibit A, in the Receivable File dated November 08, 2011 delivered by LSF5 B-Line Investments, LLC; B-Line, LLC; Roundup Funding, LLC; CR Evergreen, LLC; CR Evergreen II, LLC; Get Real Holdings, LLC; Avalon Financial Services, LLC; B-Real, LLC, By: B-LINE, LLC, its Manager on November 08, 2011 for purchase by SOLLC III on November 08, 2011. The transfer of the Assets included electronically stored business records.

Dated: **November 08, 2011**

Sherman Originator III LLC
a Delaware Limited Liability Company

By:_____
Name: Jon Mazzoli
Title:  Director

## Exhibit A

**Receivables File**
**11.08.11**

| Transfer Group | Portfolio | Transfer Batch |
|---|---|---|
| 209422 | 17094 | N/A |