UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In re | ) |
| | ) |
| WILLARD RICK BROOKS | ) Case No. 08-30989 |
| MARY SUE BROOKS | ) Chapter 13/klb |
| | ) |
| Debtors | ) |

**ORDER**

At South Bend, Indiana, on June 17, 2013.

On May 28, 2013, East Bay Funding, LLC., filed Application for Payment From Unclaimed Funds.

The court, having reviewed said application, now finds that the application is deficient in that creditor must be represented by counsel. Further, the application must be accompanied by an appropriate notice of motion giving 30 days from the filing of the motion to object. The motion and notice should be accompanied by a certificate of service showing service on the U.S. Attorney. It is, therefore,

ORDERED that the Application for Payment From Unclaimed Funds filed by East Bay Funding, LLC., is denied.

Harry C. Dees, Jr.
Judge, United States Bankruptcy Court